No. 522. KATE TENDLER *v.* MORRIS TENDLER.  See *post,* p. 693.

No. 13, original.  STATE OF MICHIGAN *v.* STATE OF ILLINOIS AND SANITARY DISTRICT OF CHICAGO.  Motion submitted October 4, 1926.  Decided October 11, 1926. The motion of the State of Michigan for leave to file an amended bill of complaint making the State of New York a joint complainant therein is denied; but the State of New York is granted leave to file a separate bill of complaint on its own behalf conforming in other respects to the amended bill of complaint tendered with said motion; such separate bill to be filed next Monday.  *Mr. Andrew B. Dougherty,* Attorney General of Michigan, for complainant.  *Mr. Albert Ottinger,* Attorney General of New York, for the State of New York.

No. 437. DANIEL J. HART *v.* H. B. NORTH ET AL. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit.  October 11, 1926.  *Per Curiam.*  The motion for leave to proceed further in forma pauperis is denied for the reason that upon examination of the unprinted record the court finds no ground for certiorari, the application for which is also denied. *Mr. Leon Robbins* for petitioner.  No appearance for respondent.